No. 1681.   HOLMES v. ARIZONA.   Ct. App. Ariz.   Application for stay presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.   MR. JUSTICE DOUGLAS is of the opinion that the stay should be granted.

No. 6623.   McKENZIE v. TEXAS.   Ct. Crim. App. Tex. Counsel for petitioner is directed to file a brief in support of petition on or before June 3, 1971.   The Attorney General of Texas is invited to file a responsive brief within 10 days from date of receipt of petitioner's brief.

No. 6885.   SMITH v. WINGO, WARDEN.   Motion for leave to file petition for writ of habeas corpus denied.

No. 1647.   SPILLERS v. SLAUGHTER ET AL.   Motion for leave to dispense with printing motion for leave to file and petition for writ of mandamus granted.   Motion for leave to file petition for writ of mandamus denied.

No. 6536.   BROOKS v. BROWN, CHIEF JUDGE, U. S. COURT OF APPEALS.   Motion for leave to file petition for writ of mandamus denied.

No. 706.   UNITED STATES v. VARIOUS ARTICLES OF "OBSCENE" MERCHANDISE (CHERRY, CLAIMANT).   Appeal from D. C. S. D. N. Y.   Probable jurisdiction noted.

No. 1398.   S&E CONTRACTORS, INC. v. UNITED STATES. Ct. Cl.   Certiorari granted.

No. 1562.   KASTIGAR ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari granted.